664

No. 677.   McKee v. Johnston, Warden.   February 26, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Frank McKee, pro se.*

No. 686.   Bostic v. Rives, Superintendent.   February 26, 1940.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Martin S. Vilas* for petitioner.

No. 709.   In re Edmond C. Fletcher.   February 26, 1940.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.   *Edmond C. Fletcher, pro se.*

No. 645.   Manton v. United States; and
No. 646.   Spector v. Same.   February 26, 1940.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   Mr. Justice Stone and Mr. Justice Murphy took no part in the consideration and decision of these applications.   *Messrs. William E. Leahy* and *William J. Hughes, Jr.* for petitioner in No. 645.   *Mr. Harry E. Ratner* for petitioner in No. 646. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. John T. Cahill, William W. Barron, George F. Kneip,* and *W. Marvin Smith* for the United States.